Jeffrey L. Hartman, Esq., #1607
HARTMAN & HARTMAN
510 W. Plumb Lane, Ste. B
Reno, NV 89509
(775) 324-2800 Office
(775) 324-1818 Facsimile
Notices@bankruptcyreno.com

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:  SIERRA NEVADA COMMUNITY ACCESS TV

Case No.: 10-52661
Chapter: 7

Debtor(s)

## AMENDMENT COVER SHEET

The following items have been amended in the above named bankruptcy proceeding (check all applicable boxes).

- \_\_\_ Voluntary Petition (specify reason for amendment)
- \_\_\_ Summary of Schedules
- \_\_\_ Statistical Summary of Certain Liabilities
- \_\_\_ Schedule A - Real Property
- \_\_\_ Schedule B - Personal Property
- \_\_\_ Schedule C - Property Claimed as exempt
- ✓ Schedule D, E or F and/or Matrix, and/or List of Creditors or Equity Holders
    - ✓ Add/delete creditor(s), change amount or classification of debt - $26.00 Fee required.
    - \_\_\_ Add/change address of already listed creditor - No fee
- ✓ Schedule G - Executory Contracts and Unexpired Leases
- \_\_\_ Schedule H - CoDebtors
- \_\_\_ Schedule I - Current Income of Individual Debtor(s)
- \_\_\_ Schedule J - Current Expenditures of Individual Debtor(s)
- \_\_\_ Declaration Concerning Debtor's Schedules
- \_\_\_ Statement of Financial Affairs and/or Declaration
- \_\_\_ Chapter 7 Individual Debtor's Statement of Intention
- \_\_\_ Disclosure of Compensation of Attorney for Debtor(s)
- \_\_\_ Statement of Current Monthly Income and Means Test Calculation
- \_\_\_ Certification of Credit Counseling
- \_\_\_ Other:

**Amendment of debtor(s) Social Security Number requires the filer to follow the instructions provided by the Office of the U.S. Trustee, see link to the U.S. Trustee's website on our website: www.nvb.uscourts.gov**

### Declaration of Debtor

I (We) declare under penalty of perjury that the information set forth in the amendment(s) attached hereto is (are) true and correct to the best of my (our) information and belief.

Date: 7/20/10    /S/ Shayne Del Cohen

Debtor                                    Joint Debtor

B6F (Official Form 6F) (12/07)

In re  SIERRA NEVADA COMMUNITY ACCESS TV ,  Case No. _____
　　　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. XXXX2684<br>BANK OF AMERICA<br>P.O. BOX 15184<br>WILMINGTON, DE<br>19850-5184 | | | CREDIT CARD | | | | 2,742.54 |
| ACCOUNT NO. 835410002416932/10208430<br>CHARTER COMMUNICATIONS<br>P.O. BOX 78063<br>PHOENIX, AZ<br>85062-8063 | | | ACCOUNTS PAYABLE | | | | 153.97 |
| ACCOUNT NO. 704904<br>INTEGRA TELCOM<br>P.O. BOX 2966<br>MILWAUKEE, WI<br>53201-2966 | | | ACCOUNTS PAYABLE | | | | 200.66 |
| ACCOUNT NO. 28151065<br>OFFICE DEPOT<br>P.O. BOX 70025<br>LOS ANGELES, CA<br>90074-0025 | | | ACCOUNTS PAYABLE | | | | 510.08 |
| ACCOUNT NO.<br>SHAYNE DEL COHEN<br>2450 LYMBERY #205<br>RENO, NV 89509 | | | | | | | 5,000.00 |

_2_ Continuation sheets attached

Subtotal ➤ $ 8,607.25

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  SIERRA NEVADA COMMUNITY ACCESS TV  ,     Case No. _____
                                      Debtor                                                 (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>SIMON PROPERTY GROUP, INC. <br>225 W. WASHINGTON STREET <br>INDIANAPOLIS, IN 46204 <br><br>THOMAS J. HALL, ESQ. <br>P.O. BOX 3948 <br>RENO, NV 89505 | | | ACCOUNTS PAYABLE | | | | 26,219.06 |
| ACCOUNT NO. <br><br>STANLEY CONVERGENT SECURITY SOLUTIONS <br>DEPT. CH 10651 <br>PALATINE, IL 60055 | | | ACCOUNTS PAYABLE | | | | 160.00 |
| ACCOUNT NO. <br><br>THE TECH FOUNDRY <br>P.O. BOX 2141 <br>RENO, NV 89515 | | | ACCOUNTS PAYABLE | | | | 40.00 |
| ACCOUNT NO. <br><br>TRUCKEE MEADOWS COMMUNITY COLLEGE <br>WORKFORCE DEV & CONT ED <br>7000 DANDINI BLVD. <br>RENO, NV 89512 | | | ACCOUNTS PAYABLE | | | | 1,700.00 |

Sheet no. 1 of 2 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $ 28,119.06

Total > $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  SIERRA NEVADA COMMUNITY ACCESS TV  
                    Debtor

Case No. _____ (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>VIDEO STREAMING SERVICES, COMPANY<br>ATTN: GEORGE HALL<br>4623 T STREET<br>SACRAMENTO, CA 95819 | | | ACCOUNTS PAYABLE | | | | 1,493.00 |
| ACCOUNT NO. 2470651<br>WASHOE COUNTY TREASURER<br>P.O. BOX 30039<br>RENO, NV 89520 | | | ACCOUNTS PAYABLE | | | | 1,707.73 |
| ACCOUNT NO. 001-0049700-001<br>WELLS FARGO FINANCIAL LEASING<br>P.O. BOX 6434<br>CAROL STREAM, IL 60197-6434 | | | ACCOUNTS PAYABLE | | | | 182.50 |

Sheet no. 2 of 2 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $ 3,383.23

Total > $ 40,109.54

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re: SIERRA NEVADA COMMUNITY ACCESS TV , Case No. _____
                             Debtor                                                  (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| MEADOWOOD MALL, LLC<br>C/O THOMAS J. HALL, ESQ.<br>P.O. BOX 3948<br>RENO, NV 89505 | LEASE DATED JUNE 25, 2009 |
| WELLS FARGO FINANCIAL LEASING<br>P.O. BOX 6434<br>CAROL STREAM, IL<br>60197-6434 | COPIER LEASE |